Prob 12
(D/VT Rev. 11/16)

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 APR -9 PM 4: 05

CLERK
BY ︎ [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
For The
DISTRICT OF VERMONT

U.S.A. vs. Benjamin Haskell                                                    Docket No. 5:20CR00067-1

## Petition on Probation and Supervised Release

COMES NOW JON HANSEN, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Benjamin Haskell, who was placed on supervision by the Honorable Michael A. Ponsor sitting in the Court in the District of Massachusetts, on the 1st day of November, 2010, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**1. The defendant is to participate in a mental health treatment program, to include a racial sensitivity training component, as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment.**

**2. The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.**

**3. The defendant is to pay the balance of any fine or restitution imposed according to a court-ordered repayment schedule.**

**4. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office while any financial obligations remain outstanding.**

5. The defendant is to provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the U.S. Attorney's Office.

6. The defendant is not to consume any alcoholic beverages.

7. The defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

1. **Additional Condition #3: The defendant is to pay the balance of any fine or restitution imposed according to a court-ordered repayment schedule.**

    *During the defendant's term of supervised release, he failed to pay restitution for the following months while he was employed: January 2019, February 2019, March 2019, April 2019, May 2019, June 2019, July 2019, October 2019, January 2020, February 2020, December 2020, January 2021, February 2021, and March 2021.*

PRAYING THAT THE COURT WILL ORDER the issuance of a summons so that Benjamin Haskell may appear before the Court to show cause why his term of supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this 8th day of April, 2021 and ordered filed and made a part of the records in the above case.

_____
Chief Judge, U.S. District Court

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2021

Jon Hansen
U.S. Probation Officer
Place: Burlington

Date: April 8, 2021