Amended Prob 12
(D/VT Rev. 11/16)

UNITED STATES DISTRICT COURT
For The
DISTRICT OF VERMONT

U.S.A. vs. Benjamin Haskell

Docket No. 5:20CR00067-1

## Amended Petition on Probation and Supervised Release

COMES NOW JON HANSEN, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Benjamin Haskell, who was placed on supervision by the Honorable Michael A. Ponsor sitting in the Court in the District of Massachusetts, on the 1st day of November, 2010, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**1. The defendant is to participate in a mental health treatment program, to include a racial sensitivity training component, as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment.**

**2. The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.**

**3. The defendant is to pay the balance of any fine or restitution imposed according to a court-ordered repayment schedule.**

**4. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office while any financial obligations remain outstanding.**

5. The defendant is to provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the U.S. Attorney's Office.

6. The defendant is not to consume any alcoholic beverages.

7. The defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

1. **Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

   *On or about March 26, 2021, the defendant used cannabinoids as evidenced by a urine specimen he submitted on April 2, 2021, and the defendant's admission to U.S. Probation Officer Jon Hansen on April 19, 2021.*

2. **Standard Condition #11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

   *On April 10, 2021, the defendant was issued a traffic citation by the Franklin County Sheriff's Office for Operating a Motor Vehicle without a License and Operating After Suspension. The defendant failed to report the incident until questioned by U.S. Probation Officer Jon Hansen on April 19, 2021.*

3. **Additional Condition #3: The defendant is to pay the balance of any fine or restitution imposed according to a court-ordered repayment schedule.**

   *During the defendant's term of supervised release, he failed to pay restitution for the following months while he was employed: January 2019, February 2019, March 2019, April 2019, May 2019, June 2019, July 2019, October 2019, January 2020, February 2020, December 2020, January 2021, February 2021, March 2021, and April 2021, as evidenced by a report summarizing the defendant's payment history and correspondence with the Financial Litigation Office of the U.S. Attorney's Office in the District of Massachusetts on May 13, 2021.*

4. **Additional Condition #6: The defendant is not to consume alcoholic beverages.**

   *On or about March 26, 2021, the defendant consumed alcohol as evidenced by the defendant's admission to U.S. Probation Officer Jon Hansen on April 19, 2021.*

PRAYING THAT THE COURT WILL CONSIDER this additional alleged violation conduct at Benjamin Haskell's initial supervised release revocation hearing scheduled for May 14, 2021.

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 14th day of May, 2021, and ordered filed and made a part of the records in the above case. | |
| | Executed on May 13, 2021 |
| _____<br>Chief Judge, U.S. District Court | Jon Hansen<br>U.S. Probation Officer<br>Place: Burlington<br><br>Date: May 13, 2021 |